RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **MONROE FIREFIGHTERS ASSOCIATION, ET AL.** | * | **DOCKET NO. 06-1092** |
| **VERSUS** | * | **JUDGE JAMES** |
| **CITY OF MONROE** | * | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant the City of Monroe is hereby granted leave of court to amend its counterclaim to correct the deficient allegations identified in the report and recommendation within 15 days of the date of this ORDER. Failure to timely amend shall result in Plaintiffs' Motion to Dismiss [Doc. No. 15] being GRANTED insofar as it seeks dismissal of the City of Monroe's counterclaim arising under Article VII, § 14 of the Louisiana Constitution.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Dismiss is DENIED to the extent that the counterclaim seeks recovery under other state laws.

THUS DONE AND SIGNED this 8 day of June, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION