RECEIVED
IN MONROE, LA

MAY 2 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MONROE FIREFIGHTERS ASSOCIATION, ET AL.** | **CIV. ACTION NO. 06-1092** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF MONROE** | **MAG. JUDGE KAREN L. HAYES** |

## MEMORANDUM ORDER

Pending before the Court is Plaintiffs' Notice of Appeal of Magistrate's Memorandum Ruling ("Plaintiffs' Appeal")[Doc. No. 69]. Plaintiffs appeal the April 2, 2008 Memorandum Ruling [Doc. No. 55] of Magistrate Judge Karen L. Hayes denying Plaintiffs' Fourth Motion to Amend Complaint [Doc. No. 48].

A motion to amend complaint is a non-dispositive pre-trial matter. Pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a), the Court reviews a magistrate judge's rulings on non-dispositive matters only to determine whether they are clearly erroneous or contrary to law.

Having reviewed and considered Magistrate Judge Hayes' Memorandum Ruling [Doc. No. 55], the parties' memoranda, and the record in this matter, the Court finds that Magistrate Judge Hayes' ruling was neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that Plaintiffs' Appeal is DENIED, and Magistrate Judge Hayes' Ruling is AFFIRMED.

MONROE, LOUISIANA, this 23 day of May, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE