U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

**MONROE FIREFIGHTERS ASSOCIATION, ET AL.**

**CIVIL ACTION NO. 06-CV-1092**

v.

**JUDGE ROBERT G. JAMES**

**CITY OF MONROE**

**MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant City of Monroe's Motion for Partial Summary Judgment [Doc. No. 51] is GRANTED, and the claims of Plaintiffs Harold Arrant, Bruce Moore, Daniel Saterfield, James Bellard, Ralph May, Michael Meeks, James Tate, Charles McGuire, Bryan Nugent, Larry Maxie, William Dale Finkbeiner, Charles Finkbeiner, Edgar Wink, James Parrott, David Wallace, Tim Dickerson, Mark McConaughey, David Ponthieux, and Peter Bacle for overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this _____23_____ day of ___February___, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE