UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MONROE FIREFIGHTERS ASSOCIATION, ET AL.** | **CIV. ACTION NO. 06-1092** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF MONROE** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice [Doc. No. 185],

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 2nd day of September, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE